IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, *et al.*,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>HANNA HOLDINGS, INC.,<br>　　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  24CV2374 |

**O R D E R**

**AND NOW**, this 18th day of March, 2025, upon consideration of Defendant Hanna Holdings, Inc.'s Motion to Dismiss for Lack of Standing and Mootness (ECF Nos. 56, 57), as well as all responses and replies thereto (ECF Nos. 64, 72), and in accordance with an Opinion to follow, it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.

Defendant's Motion is **GRANTED** with respect to Count I of Plaintiffs' Amended Complaint (ECF No. 40) which is **DISMISSED WITHOUT PREJUDICE** for lack of Article III standing.  Plaintiffs shall have leave to amend with respect to Count I only after the resolution of all of Defendant's outstanding Motions to Dismiss (ECF Nos. 56, 58, 59, 60).

In all other respects, Defendant's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　S/ WENDY BEETLESTONE
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**