UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

May 29, 2025

**NOTICE OF ORAL ARGUMENT HEARING:**

RE:   24-cv-2374
      DAVIS, et al.  v.  HANNAH HOLDINGS, INC.

Dear Counsel:

Please be advised that Oral Argument Hearing on only (1) the Defendant's Motion to Dismiss for Failure to State a Claim (ECF 59); and (2) the Defendant's Motion to Apply the Rule of Reason (ECF 58). has been scheduled for **June 12, 2025, at 2:00 p.m.** in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

 /s/ Michael Beck
Michael Beck
Deputy Clerk to Judge Beetlestone