IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>HANNA HOLDINGS, INC.,<br><br>          Defendant. | Case No. 2:24-cv-2374-WB |

**JOINT STIPULATION TO MODIFY SCHEDULE**

Plaintiffs Scott Davis, Niall Adams, Mya Batton, Theodore Bisbicos, Aaron Bolton, Jason Boomsma, Thomas Braun, Sabrina Clark, Steven Ewald, Ryan Eisner, John Garrett, Brennon Groves, Darin Hendry, Anna James, Do Yeon Irene Kim, James Lutz, Jordan Kullmann, James Mullis, Daniel Parsons, Joshua Putt, John Sannar, Robert Sayles, Ben Shadle, Brent Strine, Christine Van Woerkon, and Sherrie Wohl ("Plaintiffs") and Defendant Hanna Holdings, Inc. ("Defendant" or "Hanna Holdings") respectfully submit this joint unopposed stipulation to set forth a schedule for Plaintiffs' forthcoming motion for leave to amend and, if

this Court grants leave to amend, a briefing schedule for Hanna Holdings' anticipated motion to dismiss Plaintiffs' Second Amended Complaint.

1. On November 6, 2024, Hanna Holdings filed four memoranda in support of its motion to dismiss Plaintiffs' Amended Class Action Complaint. ECF Nos. 56-60.

2. On March 18, 2025, this Court granted in part and denied in part Hanna Holdings' motion to dismiss for lack of standing and mootness. ECF Nos. 84-85.

3. On June 23, 2025, this Court granted in part and denied in part Hanna Holdings' motion to dismiss for failure to state a claim and Hanna Holdings' motion to apply the rule of reason. ECF Nos. 93-94. This Court denied Hanna Holdings' motion to dismiss Plaintiff Scott Davis's claims for failure to mediate. ECF No. 95.

4. Plaintiffs intend to move for leave to amend. The Parties agree that Plaintiffs shall file their motion for leave to amend no later than August 1, 2025; Defendant shall file any opposition to Plaintiffs' motion for leave to amend no later than August 22, 2025; and Plaintiffs shall file their reply in support of their motion for leave to amend no later than September 2, 2025. The Parties further agree that Defendant shall not file an Answer prior to this Court's ruling on Plaintiffs' forthcoming motion for leave to amend. If this Court denies Plaintiffs' motion, then Defendant will file an Answer within twenty-one days of the Court's ruling denying leave to amend.

5. If this Court grants leave to amend, then the Parties agree that Plaintiffs shall file the Second Amended Complaint no later than ten days after the Court's order granting leave to amend. The Parties further agree that Defendant shall file any responsive pleadings or motions under Federal Rule of Civil Procedure 12 no later than thirty days after Plaintiffs file the Second Amended Complaint; Plaintiffs shall file their oppositions to any such motions no later than

thirty days after the motions are filed; and Defendant shall file its replies in support of any such motions no later than twenty-one days after Plaintiffs' oppositions.

6.  The Parties shall submit a revised joint proposed case management schedule regarding all other case-related dates within ten days of an order granting Plaintiffs' motion for leave to amend.

Now, in light of the foregoing, it is hereby stipulated and ordered that Plaintiffs shall file their motion for leave to amend no later than August 1, 2025; Defendant shall file any opposition to Plaintiffs' motion for leave to amend no later than August 22, 2025; and Plaintiffs shall file their reply in support of their motion for leave to amend no later than September 2, 2025. Defendant shall not file an Answer prior to this Court's ruling on Plaintiffs' forthcoming motion for leave to amend. If this Court denies Plaintiffs' motion, then Defendant will file an Answer within twenty-one days of the Court's ruling denying leave to amend. It is further stipulated and ordered that, if leave to amend is granted, Plaintiffs shall file the Second Amended Complaint no later than ten days after the Court's order granting leave to amend; Defendant shall file any responsive pleadings or motions under Federal Rule of Civil Procedure 12 no later than thirty days after Plaintiffs file the Second Amended Complaint; Plaintiffs shall file their oppositions to any such motions no later than thirty days after the motions are filed; and Defendant shall file its replies in support of any such motions no later than twenty-one days after Plaintiffs' oppositions. The Parties shall submit a revised joint proposed case management schedule regarding all other case-related dates within ten days of an order granting Plaintiffs' motion for leave to amend.

**SO ORDERED**.

_____                                _____
Date                                                                WENDY BEETLESTONE
                                                                         UNITED STATES DISTRICT JUDGE

**SO STIPULATED**.

/s/ *Vincent Briganti*
Vincent Briganti (pro hac vice)
Margaret MacLean (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
mmcleans@lowey.com
nforde@lowey.com

George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

*Attorneys for Plaintiffs*

June 30, 2025

/s/ *David Z. Gringer*
David Z. Gringer (pro hac vice)
Emily Barnet (pro hac vice)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman (pro hac vice)
Karin Dryhurst (pro hac vice)
Claire M. Bergeron (pro hac vice)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com
claire.bergeron@wilmerhale.com

John R. Brumberg
Pa. I.D. No. 311352
William Pietragallo II
Pa. I.D. No. 16413
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Hanna Holdings, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 30, 2025, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

Dated: June 30, 2025    /s/ *David Z. Gringer*
David Z. Gringer