IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, BRENT STRINE, CHRISTINE VAN WOERKON, AND SHERRIE WOHL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HANNA HOLDINGS, INC., <br><br> Defendant. | Case No. 2:24-cv-2374-WB <br><br> **Hon. Wendy Beetlestone** |

**UNOPPOSED MOTION TO MODIFY THE PAGE LIMIT FOR MOTION TO DISMISS BRIEFING**

Defendant Hanna Holdings, Inc. ("Defendant" or "Hanna Holdings") respectfully requests leave to modify the page limit for Hanna Holdings' forthcoming motion to dismiss Plaintiffs' Second Amended Complaint, *see* ECF No. 104, and for Plaintiffs' forthcoming opposition to that motion to dismiss. Hanna Holdings has met and conferred with Plaintiffs and Plaintiffs do not oppose this motion. In support of this motion, Defendant states the following:

1

1.  On October 1, 2025, Plaintiffs filed their Second Amended Complaint, which is sixty-six (66) pages in length. *See* ECF No. 104. Pursuant to the Joint Stipulation to Modify Schedule, entered by the Court on June 30, 2025, Defendant's Motion to Dismiss the Second Amended Complaint is due October 31, 2025. *See* ECF No. 97.

2.  Pursuant to the Court's Policies and Procedures IV.A, any brief or memorandum filed in support of or in opposition to a motion must be limited to thirty (30) pages of double-spaced 12-font text, excluding the table of contents and any attachments or addenda.

3.  On July 31, 2024, Defendant moved to exceed the page limit by fifteen (15) pages for its motion to dismiss Plaintiff's initial complaint, for a total of forty-five (45) pages. *See* ECF No. 31. The Court granted that motion on August 1, 2024. ECF No. 32.

4.  On October 23, 2025, Defendant asked Plaintiffs if they would consent to Defendant again seeking forty-five (45) pages in briefing for Defendant's motion to dismiss the Second Amended Complaint. Plaintiffs agreed to consent, provided that Defendant would consent to Plaintiffs seeking forty-five (45) pages in briefing for its response in opposition to Defendant's motion to dismiss the Second Amended Complaint.

5.  Defendant therefore submits this motion to modify the page limit for Defendant's motion to dismiss the Second Amended Complaint from thirty (30) pages to forty-five (45) pages of double-spaced 12-font text, excluding the table of contents and any attachments or addenda, and to modify the page limit for Plaintiff's opposition to the motion to dismiss the Second Amended Complaint from thirty (30) pages to forty-five (45) pages of double-spaced 12-font text, excluding the table of contents and any attachments or addenda.

6. Defendant submits that this agreed-to page extension will permit the Parties to adequately and completely brief the issues raised by Plaintiffs' sixty-six (66) page Second Amended Complaint.

Wherefore, Hanna Holdings respectfully moves the Court to modify the page limit for Defendant's motion to dismiss and Plaintiffs' opposition to Defendant's motion to dismiss the Second Amended Complaint.

| | |
|---|---|
| Dated: October 24, 2025 | Respectfully submitted, |
| | /s/ David Z. Gringer |
| | David Z. Gringer* |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | (212) 230-8800 |
| | david.gringer@wilmerhale.com |
| | |
| | Seth P. Waxman* |
| | Claire Bergeron* |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 2100 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| | (202) 663-6000 |
| | seth.waxman@wilmerhale.com |
| | claire.bergeron@wilmerhale.com |
| | |
| | John Brumberg |
| | Pa. I.D. No. 311352 |
| | William Pietragallo II |
| | Pa. I.D. No. 16413 |
| | PIETRAGALLO GORDON ALFANO |
| |   BOSICK & RASPANTI, LLP |
| | One Oxford Centre, 38th Fl. |
| | Pittsburgh, PA 15219 |
| | (412) 263-1836 |
| | JRB@Pietragallo.com |
| | WP@Pietragallo.com |

*Attorneys for Hanna Holdings, Inc.*

\*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2025, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

| | |
|---|---|
| Dated: October 24, 2025 | */s/ David Z. Gringer* |
| | David Z. Gringer |