IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANNA HOLDINGS, INC.,<br><br>Defendant. | Case No. 2:24-cv-2374-WB |

**ORDER**

The Court, having considered Hanna Holdings, Inc.'s motion to modify the page limit, hereby GRANTS the motion. Defendant Hanna Holdings, Inc.'s motion to dismiss shall be limited to 45 pages of double-spaced 12-point text, excluding the table of contents and any attachments or addenda. Plaintiffs' response in opposition to the motion to dismiss shall be limited to 45 pages of double-spaced 12-point text, excluding the table of contents and any attachments or addenda.

**IT IS SO ORDERED**, this   27th  day of  October , 2025.

                                                             S/ WENDY BEETLESTONE
                                                             WENDY BEETLESTONE
                                                              United States District Judge