IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated, <br><br>               Plaintiff, <br><br> v. <br><br> HANNA HOLDINGS, INC., <br><br>               Defendant. | Case No. 2:24-cv-2374-WB <br><br> Honorable Wendy Beetlestone <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' RESPONSE TO HANNA HOLDINGS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Hanna Holdings' "Notice of Supplemental Authority" based on *Gibson v. The National Association of Realtors*, 4:23-cv-00788-SRB, Dkt. 866 (W.D. Mo. Feb. 5, 2026), is misplaced for multiple reasons. **First**, the existence and settlement of the *Gibson* action, which brought claims on behalf of people who sold homes, is hardly new. Hanna Holdings relied on it in both its First and Second motion to dismiss (ECF No. 57 at 12; ECF No. 110-1 at 37-38) to argue that the existence of this home seller action means that home buyers in this case lack

antitrust standing. This Court has already rejected that argument (ECF No. 84 at 34). The final approval of the *Gibson* settlement does not change the analysis.

***Second***, as Plaintiffs have previously pointed out (ECF No. 111 at 37), a significant portion of putative class members (approximately 20-40%) in this case are not *Gibson* class members, either because they have only bought homes or last sold a home outside of the settlement class period. There are no other cases seeking damages from Hanna Holdings for these individuals.

***Third***, Plaintiff Mullis intends to appeal the *Gibson* court's approval of the settlement. Plaintiff Mullis and Hanna Holdings are currently conferring over a joint motion to temporarily stay Mullis' claim until resolution of his appeal of the approval of the *Gibson* settlement, and they expect to submit that filing to the Court shortly. Based on counsel's current investigation, the injunction does not apply to any other named Plaintiff besides Plaintiff Mullis.

February 17, 2026

*/s/ Randall P. Ewing, Jr.*
George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
sberezney@koreintillery.com

Vincent Briganti (pro hac vice)
Margaret McLean (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
mmclean@lowey.com
nforde@lowey.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I caused the foregoing to be served via electronic mail on all counsel of record.

*/s/ Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.
