IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>HANNA HOLDINGS, INC.,<br><br>       Defendant. | Case No. 2:24-cv-02374-WB<br><br>Honorable Wendy Beetlestone |

**JOINT MOTION FOR PARTIAL STAY OF PROCEEDINGS**

      Plaintiff James Mullis and Defendant Hanna Holdings, Inc. (together, the "Parties"), by and through their respective counsel, submit this Joint Motion for Partial Stay of Proceedings with respect to Mullis's claims in this case. In support of this Motion, the Parties state as follows:

      1.     On February 5, 2026, the court in *Gibson et al. v. National Association of Realtors et al.*, No. 4:23-cv-00788-SRB (W.D. Mo.), granted final approval of a nationwide class settlement between the class and Hanna Holdings, Inc. *See Gibson*, ECF No. 866 ("*Gibson* Final Approval Order").

2. The *Gibson* Final Approval Order overruled Mullis's objection to the *Gibson* settlement. *Gibson*, ECF No. 866 at ¶¶ 72-90.

3. The *Gibson* Final Approval Order states that non-excluded "Settlement Class Members are hereby enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member any Released Claims against any of the Released Parties." *Gibson*, ECF No. 866 at ¶ 93. "Released Claims include any…claims…that arise from or relate to conduct that was alleged or could have been alleged in the Actions based on any or all of the same factual predicates for the claims alleged in the Actions…. For the avoidance of doubt, this injunction extends to claims arising from or relating to transactions where Settlement Class members either sold or purchased a home on any MLS nationwide[.]" *Id.*

4. Plaintiffs' counsel represents, based on their current investigation, that Plaintiff James Mullis, who sold a home during the *Gibson* settlement class period, is a Settlement Class Member in *Gibson* and has not been excluded from the *Gibson* settlement class.

5. Mullis intends to appeal the *Gibson* Final Approval Order's overruling of his objection to the Eighth Circuit.

6. Currently pending is Mullis's similar appeal to the Eighth Circuit of the same court's approval of nationwide class settlements in *Burnett et al. v. National Association of Realtors et al.*, No. 4:19-cv-00332-SRB (W.D. Mo.).

7. In order to preserve judicial and party resources, the Parties ask the Court to enter an order staying Mullis's claims against Defendant Hanna Holdings.

8. The Parties agree that if Judge Bough's overruling of Mullis's objections to the grant of final settlement approval in *Burnett* is affirmed following the conclusion of any Supreme Court proceedings, Mullis will (1) withdraw any appeal of the decision granting final approval of

Hanna Holdings' settlement in *Gibson* and (2) dismiss his claims against Hanna Holdings in *Davis* within one week of the conclusion of any Supreme Court proceedings.

9.  The Parties further agree that if Judge Bough's overruling of Mullis's objection in *Burnett* is reversed following the conclusion of any Supreme Court proceedings, the parties will meet and confer over how to proceed and will submit a status report with respect to Mullis's claim within 14 days of Supreme Court resolution.

10. The Parties further agree that, if the *Gibson* appeal is finally resolved before the *Burnett* appeal, Mullis will (1) dismiss his claims against Hanna Holdings in *Davis* within one week of the conclusion of any Supreme Court proceedings, if Judge Bough's overruling of Mullis's objections in *Gibson* is affirmed or (2) meet and confer and submit a status report with respect to Mullis's claim within 14 days of Supreme Court resolution of *Gibson*, if Judge Bough's overruling of Mullis's objections in *Gibson* is reversed.

11. Additionally, if Plaintiffs' subsequent investigation or discovery demonstrates that additional named Plaintiffs in this action are *Gibson* settlement class members who were not excluded from the *Gibson* settlement, then the stay (and subsequent dismissal as just discussed) will apply to those Plaintiffs as well.

WHEREFORE, the Parties move this Court for a partial stay as to the claims of Plaintiff James Mullis in this case.

3

Dated: February 20, 2026

 /s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr. (pro hac vice)
George A. Zelcs (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
**KOREIN TILLERY, LLC**
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney (pro hac vice)
**KOREIN TILLERY, LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

Vincent Briganti (pro hac vice)
Margaret MacLean (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

Anthony Christina (PA ID #322528)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
(215) 399-4770
achristina@lowey.com

*Attorneys for Plaintiffs and the Proposed Class*

Respectfully submitted,

 /s/ *David Z. Gringer*
David Z. Gringer (pro hac vice)
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com

Seth P. Waxman (pro hac vice)
Claire M. Bergeron (pro hac vice)
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com

John R. Brumberg (PA ID #311352)
William Pietragallo II (PA ID #16413)
**PIETRAGALLO GORDON ALFANO
    BOSICK & RASPANTI, LLP**
One Oxford Center, 38th Floor
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Defendant Hanna Holdings*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, a true and correct copy of the foregoing was served upon counsel of record by electronic filing.

       /s/ *Randall P. Ewing, Jr.*
       Randall P. Ewing, Jr.