IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, *et al.*, <br>         Plaintiffs, <br><br> v. <br><br> HANNA HOLDINGS, INC., <br>         Defendant. | CIVIL ACTION <br><br><br><br> NO. 24-2374 |

## ORDER

**AND NOW**, this 25th day of February, 2026, upon consideration of the Joint Motion for Partial Stay of Proceedings (ECF No. 119), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**:

1. Plaintiff James Mullis's claims are **STAYED** pending final resolution of his appeals in *Burnett et al. v. National Association of Realtors et al.*, No. 4:19-cv-00332-SRB (W.D. Mo.) and *Gibson et al. v. National Association of Realtors et al.*, No. 4:23-cv-00788-SRB (W.D. Mo.), whichever is earlier. The claims made by the other named Plaintiffs are not stayed.

2. The parties **SHALL** provide status reports every ninety days communicating the progress of Plaintiff Mullis's appeals in *Burnett* and *Gibson*.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, C.J.**