IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, *et al.*,<br>　　　　　**Plaintiffs,**<br><br>v.<br><br>HANNA HOLDINGS, INC.,<br>　　　　　**Defendant.** | CIVIL ACTION<br><br><br><br>NO.  24-2374 |

**O R D E R**

**AND NOW**, this 9th day of March, 2026, upon consideration of Defendant Hanna Holdings, Inc.'s Motion to Dismiss (ECF Nos. 110, 116, 117), Plaintiffs' Opposition thereto (ECF Nos. 111, 118), and the United States of America's Statement of Interest (ECF No. 115), and in accordance with the accompanying Opinion, **IT IS HEREBY ORDERED** that:

1. With respect to Count II, Defendant's Motion is **GRANTED** as concerns Plaintiffs' claims under Colorado, New York, Oregon, Pennsylvania, Virginia, and Wisconsin consumer protection statutes, which claims are **DISMISSED WITH PREJUDICE**.

2. In all other respects, Defendant's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　S/ WENDY BEETLESTONE
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, C.J.**