IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, BRENT STRINE, CHRISTINE VAN WOERKON, AND SHERRIE WOHL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>HANNA HOLDINGS, INC.,<br><br>                Defendant. | Civil Action No: 2:24-cv-2374-WB<br><br>**Hon. Wendy Beetlestone** |

### JOINT STIPULATION TO EXTEND TIME TO ANSWER SECOND AMENDED COMPLAINT

Plaintiffs Scott Davis, Niall Adams, Mya Batton, Theodore Bisbicos, Aaron Bolton, Jason Boomsma, Thomas Braun, Sabrina Clark, Steven Ewald, Ryan Eisner, John Garrett, Brennon Groves, Darin Hendry, Anna James, Do Yeon Irene Kim, James Lutz, Jordan Kullmann, James Mullis, Daniel Parsons, Joshua Putt, John Sannar, Robert Sayles, Ben Shadle, Brent Strine, Christine Van Woerkon, and Sherrie Wohl and Defendant Hanna Holdings, Inc. respectfully submit this joint stipulation to extend the deadline for Hanna Holdings to answer Plaintiffs' Second Amended Complaint by one week, to March 30, 2026.

1. On October 10, 2025, Plaintiffs filed their Second Amended Complaint. ECF No. 104.

2. On October 31, 2025, Hanna Holdings filed its Motion to Dismiss the Second Amended Complaint. ECF No. 110.

3. On March 9, 2026, the Court granted in part and denied in part Hanna Holdings' Motion to Dismiss the Second Amended Complaint. ECF Nos. 123–124.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(4), Hanna Holdings' Answer to Plaintiffs' Second Amended Complaint is currently due March 23, 2026.

5. On March 9, 2026, the Parties met and conferred via email and agreed, in light of certain pre-existing commitments of Defendant's counsel, to request an extension of Defendant's time to answer Plaintiffs' Second Amended Complaint to March 30, 2026.

6. Hanna Holdings submits that this agreed-to extension will permit it the necessary time to fully and efficiently respond to the allegations included in Plaintiffs' 234 paragraph Second Amended Complaint.

7. The extension does not affect any other scheduled deadlines.

Now, in light of the foregoing, it is hereby stipulated and ordered that Hanna Holdings shall file its Answer to Plaintiffs' Second Amended Complaint no later than March 30, 2026.

Dated: March 12, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Randall P. Ewing* | */s/ David Z. Gringer* |
| Randall P. Ewing | David Z. Gringer* |
| George A. Zelcs | Emily Barnet* |
| Ryan Z. Cortazar | WILMER CUTLER PICKERING |
| KOREIN TILLERY, LLC | HALE AND DORR LLP |
| 205 North Michigan Ave., Suite 1950 | 7 World Trade Center |
| Chicago, IL 60601 | 250 Greenwich Street |
| (312) 641-9750 | New York, NY 10007 |
| rewing@koreintillery.com | (212) 230-8800 |
| gzelcs@koreintillery.com | david.gringer@wilmerhale.com |
| rcortazar@koreintillery.com | emily.barnet@wilmerhale.com |

Steven M. Berezney
Michael E. Klenov
Carol O'Keefe
KOREIN TILLERY, LLC
505 North 7th St., Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti
Margaret MacLean
Noelle Forde
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmclean@lowey.com
nforde@lowey.com

Anthony M. Christina
PA ID # 322528
LOWEY DANNENBERG, P.C.
One Tower Bridge 100 Front St., Suite 520
West Conshohocken, PA 19428
(215) 399-4770
achristina@lowey.com

*Attorneys for Plaintiffs and the Proposed Class*

Seth P. Waxman*
Claire Bergeron*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com

John Brumberg
Pa. I.D. No. 311352
William Pietragallo II
Pa. I.D. No. 16413
PIETRAGALLO GORDON ALFANO
  BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Hanna Holdings, Inc.*

*Admitted *pro hac vice*

**APPROVED: March 13, 2026**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE,  J.**

3