## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-2374-WB<br><br>**Hon. Wendy Beetlestone** |
| Plaintiffs, | |
| v. | |
| HANNA HOLDINGS, INC., | |
| Defendant. | |

### HANNA HOLDINGS, INC.'S NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

In yet another improper effort to interfere with a court-approved settlement process in entirely separate litigation, Plaintiffs filed a motion at 10:41 PM on a Friday evening asking this Court to preliminarily enjoin Hanna Holdings "from proceeding in any way with its class-action settlement in *Tuccori et al. v. At World Properties, LLC et al.,* No. 1:24-cv-00150 (N.D. Ill.) ('*Tuccori*'), until such time as certain motions related to *Tuccori* are resolved." Dkt. 32-2. Even if this Court had the authority to grant such extraordinary relief, it would be inappropriate here, as two courts have already found when rejecting substantially identical motions brought by

Plaintiffs' counsel to enjoin another settlement in *Tuccori*. *See Batton v. Nat'l Ass'n of Realtors*, No. 1:21-cv-00430 (N.D. Ill.), Dkt. 294 (denying motion to preliminarily enjoin similar settlement with another brokerage); *Tuccori*, Dkt. 118 (denying Plaintiffs' motion to intervene so that they could move to preliminarily enjoin settlement).

Plaintiffs so moved without asking Hanna Holdings its position on the Motion. For the avoidance of doubt, Hanna Holdings opposes the Motion and, pursuant to Local Rule 7.1(c), intends to submit a response in opposition to the Motion (and, once again, overbroad proposed order) no later than April 3, 2026.

Date: March 23, 2026

John R. Brumberg
Pa. I.D. No. 311352
William Pietragallo II
Pa. I.D. No. 16413
PIETRAGALLO GORDON ALFANO
 BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Hanna Holdings, Inc.*

*Admitted pro hac vice

Respectfully submitted,

*/s/ David Z. Gringer*
David Z. Gringer*
Emily Barnet*
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman*
Claire M. Bergeron*
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

Date: March 23, 2026

*/s/ David Z. Gringer*
David Z. Gringer