**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SCOTT DAVIS, NIALL ADAMS, MYA
BATTON, THEODORE BISBICOS,
AARON BOLTON, JASON BOOMSMA,
THOMAS BRAUN, SABRINA CLARK,
RYAN EISNER, STEVEN EWALD,
JOHN GARRETT, BRENNON GROVES,
DARIN HENDRY, ANNA JAMES,
DO YEON IRENE KIM, JAMES LUTZ,
JORDAN KULLMANN, JAMES
MULLIS, DANIEL PARSONS,
JOSHUA PUTT, JOHN SANNAR,
ROBERT SAYLES, BEN SHADLE,
BRENT STRINE, CHRISTINE VAN
WOERKON, AND SHERRIE WOHL,
individually and on behalf of all others
similarly situated,

          Plaintiffs,

v.

HANNA HOLDINGS, INC.,

          Defendant.

Case No. 2:24-cv-2374-WB

Hon. Wendy Beetlestone

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF BRENT STRINE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

Plaintiff Brent Strine, by and through his undersigned attorneys, hereby voluntarily dismisses,

without prejudice, his claims against Defendant Hanna Holdings, Inc. Such dismissal is proper

because Defendant has not yet served either an answer or a motion for summary judgment.

Dated: March 30, 2026

Respectfully submitted,

 /s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr. (pro hac vice)
George A. Zelcs (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
**KOREIN TILLERY, LLC**
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney (pro hac vice)
**KOREIN TILLERY, LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

Vincent Briganti (pro hac vice)
Margaret MacLean (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

Anthony Christina (PA ID #322528)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
(215) 399-4770
achristina@lowey.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a true and correct copy of the foregoing was served upon counsel of record by electronic filing.

 /s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.