IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, *et al.*,<br>            **Plaintiffs,** | CIVIL ACTION |
| **v.** | |
| HANNA HOLDINGS, INC.,<br>            **Defendant.** | NO.  24-2374 |

**O R D E R**

**AND NOW**, this 6th day of April, 2026, upon consideration of Plaintiffs' Motion for Preliminary Injunction (ECF No. 132), and Defendant's opposition thereto (ECF No. 136),  **IT IS HEREBY ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
WENDY BEETLESTONE, C.J.