**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, CHRISTINE VAN WOERKON, AND SHERRIE WOHL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HANNA HOLDINGS, INC.,

Defendant.

Case No. 2:24-cv-2374-WB

**Hon. Wendy Beetlestone**

**HANNA HOLDINGS, INC.'S MOTION TO CERTIFY THE COURT'S MOTION TO DISMISS ORDERS FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Defendants, by and through undersigned counsel, respectfully move to certify the Court's March 18, 2025 motion to dismiss order (Dkt. 85) and March 9, 2026 motion to dismiss order (Dkt. 124) under 28 U.S.C. § 1292(b). Defendants move to certify two questions for interlocutory review regarding (1) Article III standing to bring a class action complaint with claims under the laws of states where plaintiffs were neither injured nor reside and (2) whether allegations that trade association members adopted and adhered to an association policy are

sufficient to plead a horizontal agreement. The grounds supporting this request are set forth in defendants' memorandum of law which is being filed simultaneously herewith.

Date: May 15, 2026

Respectfully submitted,

*/s/ David Z. Gringer*
David Z. Gringer*
Emily Barnet*
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman*
Claire M. Bergeron*
Jane E. Kessner*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com
jane.kessner@wilmerhale.com

John Brumberg
Pa. I.D. No. 311352
William Pietragallo II
Pa. I.D. No. 16413
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Hanna Holdings, Inc.*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 15, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

*/s/ David Z. Gringer*
David Z. Gringer

*Counsel for Hanna Holdings, Inc.*