**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SCOTT DAVIS, *et al.*,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**HANNA HOLDINGS, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 24-2374** |

**O R D E R**

**AND NOW**, this 1st day of June, 2026, upon consideration of Defendant Hanna Holdings, Inc.'s Motion to Certify Orders Under 28 U.S.C. § 1292(b) (ECF No. 138), and Plaintiffs' opposition thereto (ECF No. 141), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court certifies two Orders—from March 18, 2025 (Dkt. 85), and March 9, 2026 (Dkt. 124)—for interlocutory review on the two questions raised in Defendant's Motion, having concluded they present controlling questions of law as to which there is substantial ground for difference of opinion and that an appeal may materially advance the litigation by eliminating certain claims and by simplifying the case for discovery and trial.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**