IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT DAVIS, *et al.*,<br>                    **Plaintiffs,**<br><br>              v.<br><br>HANNA HOLDINGS, INC.,<br>                    **Defendant.** | CIVIL ACTION<br><br><br><br>NO.  24-2374 |

**O R D E R**

**AND NOW**, this 10th day of June, 2026, in light of this Court's Order (ECF No. 144) granting the stipulation to stay litigation in the above-captioned matter, **IT IS HEREBY ORDERED** that the Parties **SHALL FILE** a Joint Status Report on or before **July 1, 2026**, and every ninety (90) days thereafter, addressing the status of the proceedings, including of any appeals, in *Tuccori, et al. v. At World Properties, LLC, et al.*, No. 1:24-cv-00150 (N.D. Ill.).

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, C.J.**