**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| SCOTT DAVIS, NIALL ADAMS, MYA BATTON, THEODORE BISBICOS, AARON BOLTON, JASON BOOMSMA, THOMAS BRAUN, SABRINA CLARK, RYAN EISNER, STEVEN EWALD, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, ANNA JAMES, DO YEON IRENE KIM, JAMES LUTZ, JORDAN KULLMANN, JAMES MULLIS, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>  v.<br><br>HANNA HOLDINGS, INC.,<br><br>                    Defendant. | Civil Action No: 2:24-cv-2374-WB |

**JOINT STATUS REPORT REGARDING PROCEEDINGS IN
*TUCCORI v. AT WORLD PROPERTIES, LLC*, NO. 24-CV-150 (N.D. ILL.)**

Pursuant to the Court's June 10, 2026 order (Dkt. 145), the parties respectfully submit this joint report regarding the status of proceedings in *Tuccori et al. v. At World Properties, LLC et al.*, No. 1:24-cv-00150 (N.D. Ill.).

1.       On May 18, 2026, the *Tuccori* plaintiffs filed a second amended complaint adding Hanna Holdings and other opt-in settlors as defendants. *Tuccori*, Dkt. 167.

2.       On May 18, 2026, the *Tuccori* plaintiffs moved for preliminary approval of their settlement with Hanna Holdings. *Tuccori*, Dkt. 168.

3.       On May 26, 2026, Judge Jenkins granted preliminary approval of the settlement between the *Tuccori* plaintiffs and Hanna Holdings. *Tuccori*, Dkt. 177; *see also* Dkt. 140

1

(Notice of Order Granting Preliminary Approval of Hanna Holdings, Inc.'s Settlement with *Tuccori* Plaintiffs). The approval order is attached as Exhibit A. The order preliminarily certifies a settlement class, defined as "All persons who purchased a home that was listed on an MLS anywhere in the United States where a commission was paid to any brokerage in connection with the transaction during the Class Period." *Tuccori*, Dkt. 177, ¶ 5. And the order temporarily enjoins settlement-class members (unless they exclude themselves from the settlement class) from pursuing released claims against settling parties and opt-in settlors while the notice and final approval process proceeds. *Id*. ¶ 28.

4.    Epiq, the administrator for Hanna Holdings' *Tuccori* settlement, mailed Class Action Fairness Act notices of the settlement on May 28, 2026.

5.    On June 25, 2026, *Tuccori* plaintiffs filed an unopposed motion for approval of the form and manner of class notice. *Tuccori*, Dkt. 182. On June 29, 2026, the *Tuccori* court granted that motion, *Tuccori*, Dkt. 184, adopting the following schedule:

| Event | Date |
| --- | --- |
| Deadline for Settling Defendants and Opt-In Settlors to provide contact information for Settlement Class Members to the Settlement Administrator | July 25, 2026 (30 days after the filing of Plaintiffs' Notice Motion) |
| Commencement of the notice and claims period | 20 days after entry of the Order |
| Plaintiffs' deadline to file a motion seeking an award of attorneys' fees, reimbursable litigation costs and expenses, and service awards | 50 days after entry of the Order |
| Deadline for Settlement Class members to opt-out or object to the Settlement | 80 days after entry of the Order |
| Plaintiffs' deadline to file final approval motion and for Parties to file responses to objections (if any) | 100 days after entry of the Order |
| Final approval hearing | November 2, 2026 |
| Deadline for Settlement Class Members to submit claims | 120 days after entry of the Order |

6.    Appeals related to other *Tuccori* settlements remain pending in the Seventh Circuit. Plaintiffs in *Batton v. The National Association of Realtors et al.*, No. 1:21-cv-00430

(N.D. Ill.)—homebuyers asserting similar claims and represented by the same counsel as Plaintiffs here—appealed two rulings to the Seventh Circuit.  First, they appealed the *Tuccori* court's denial of their motion to intervene in that case.  *Tuccori v. At World Properties LLC*, No. 26-1483 (7th Cir.).  Second, they appealed the *Batton* court's denials of their motion for a preliminary injunction to enjoin the *Tuccori* settlement and their motion to have the case reassigned to the *Batton* judge.  *Batton v. National Association of Realtors*, No. 26-1644 (7th Cir.).  On May 1, 2026, the Seventh Circuit consolidated those two appeals.  ECF 7522532.  Appellants' brief is due July 22, 2026, appellees' brief is due on August 21, 2026, and appellants' reply is due September 11, 2026.  ECF 7531003.  The *Tuccori* court denied the *Batton* plaintiffs' motion to stay settlement proceedings pending those appeals.  *Tuccori*, Dkt. 161.

3

Dated: July 1, 2026

Respectfully submitted,

*/s/ Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.*
George A. Zelcs*
Ryan Z. Cortazar*
KOREIN TILLERY, LLC
205 North Michigan Ave., Suite 1950
Chicago, IL 60601
(312) 641-9750
rewing@koreintillery.com
gzelcs@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney*
Michael E. Klenov*
Carol O'Keefe*
KOREIN TILLERY, LLC
505 North 7th St., Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti*
Margaret MacLean*
Noelle Forde*
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmclean@lowey.com
nforde@lowey.com

Anthony M. Christina
Pa. I.D. No. 322528
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front St., Suite 520
West Conshohocken, PA 19428
(215) 399-4770
achristina@lowey.com

*Attorneys for Plaintiffs and Proposed Class*

*/s/ David Z. Gringer*
David Z. Gringer*
Emily Barnet*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Seth P. Waxman*
Claire M. Bergeron*
Jane E. Kessner*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
claire.bergeron@wilmerhale.com
jane.kessner@wilmerhale.com

John Brumberg
Pa. I.D. No. 311352
William Pietragallo II
Pa. I.D. No. 16413
PIETRAGALLO GORDON ALFANO
  BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
JRB@Pietragallo.com
WP@Pietragallo.com

*Attorneys for Hanna Holdings, Inc.*

*Admitted pro hac vice

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 1, 2026, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

*/s/ David Z. Gringer*
David Z. Gringer

5